IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY LEE TORTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANNETTE HUGHES, et al.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 3:07-CV-1476-M<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, the Objections filed December 10, 2007, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated November 2, 2007, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 17th day of December, 2007.

_____
**BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**

1